**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **LADAN NIKOO** | * | |
| **Plaintiff** | * | **Civ. No. DLB-25-105** |
| **v.** | * | |
| **USCIS DIRECTOR UR M. JADDOU** | * | |
| **Defendant** | * | |

# ORDER

On June 22, 2026, the Court ordered Ladan Nikoo to show cause by July 6, 2026 why the case should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). ECF 9. The Court advised Nikoo that failure to comply with the order would result in dismissal of the complaint without prejudice and without further notice. *Id.* Nikoo has not responded or filed anything else with the Court.

Accordingly, it is this 9th day of July, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. This case is dismissed without prejudice; and
2. The Clerk SHALL SEND Nikoo a copy of this Order and SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge